1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CINDY SILVAGNI, | ) | Case No. 2:16-cv-00039-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 10) |
| WAL MART STORES, INC., | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to extend.  Docket No. 10. Any response shall be filed no later than April 22, 2016.  Any reply shall be filed no later than April 25, 2016.

IT IS SO ORDERED.

DATED: April 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge