# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI, | Case No. 2:16-cv-00039-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| WAL-MART STORES, INC., | (Docket No. 21) |
| Defendant(s). | |

Pending before the Court is a motion seeking two forms of relief. *See* Docket No. 21.[1] First, Plaintiff seeks an order from the Court allowing her to supplement her Rule 26 disclosures. The applicable rules do not require leave of Court to supplement disclosures. *See* Fed. R. Civ. P. 26(e)(1). Accordingly, this aspect of the motion is **DENIED**. Plaintiff should supplement her disclosures as appropriate and, if a dispute arises as to the propriety of those supplemental disclosures, Defendant may file a motion to exclude them or for other relief.[2]

Second, Plaintiff seeks an extension of the discovery cutoff. In light of the upcoming dispositive motion deadline, the Court accelerates the briefing scheduling on that aspect of the motion. A response

---

[1] As an initial matter, Plaintiff's counsel violated the local rules by filing a single document seeking two forms of relief. *See, e.g.*, Local Rule IC 2-2(b) ("For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document").

[2] The Court herein expresses no opinion as to whether supplementation is appropriate.

1  to this portion of the motion shall be filed by September 13, 2016, and any reply shall be filed by
2  September 14, 2016.
3       IT IS SO ORDERED.
4       DATED: September 8, 2016

                                                                _____
                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge