# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI, ) <br>                 Plaintiff(s), ) <br> vs. ) <br> WAL-MART STORES, INC., ) <br>                 Defendant(s). ) | Case No. 2:16-cv-00039-JCM-NJK <br><br> ORDER <br><br> (Docket No. 21) |

Pending before the Court is Plaintiff's motion to reopen discovery. Docket No. 21. The Court hereby **SETS** a telephonic hearing on this motion for September 16, 2016, at 9:00 a.m. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: September 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge