1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| CINDY SILVAGNI, | ) | Case No. 2:16-cv-00039-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 32) |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16      Pending before the Court is Defendant's motion to exclude.  Docket No. 32.  The Court hereby

17  **SETS** that motion for a hearing at 2:00 p.m. on February 14, 2017, in Courtroom 3A.

18      IT IS SO ORDERED.

19      DATED:   January 27, 2017

20
21                                          _____
22                                          NANCY J. KOPPE
                                            United States Magistrate Judge
23
24
25
26
27
28