Scott L. Poisson, Esq.
Nevada Bar No. 10188
Christopher D. Burk, Esq.
Nevada Bar No. 8976
**BERNSTEIN & POISSON**
320 S. Jones Blvd
Las Vegas, NV 89107
Telephone: (702) 256-4566
Facsimile: (702) 256-6280
Email: chris@vegashurt.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI,<br><br>Plaintiff,<br><br>vs.<br><br>WAL MART STORES, INC, and DOES 1 through 100; And ROE CORPORATIONS 101 through 200<br><br>Defendant. | CASE NO.: 2:16-CV-00039-JCM-NJK |

**STIPULATION AND ORDER ALLOWING PLAINTIFF EXTENDED TIME TO RESPOND TO DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY DISCLOSED CLAIM FOR LOSS OF EARNING CAPACITY, DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY DISCLOSED CLAIM FOR FUTURE LUMBAR SPINE SURGERY, AND DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY DISCLOSED CLAIM FOR HIP SURGERY**

///

///

///

1

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, CINDY SILVAGNI, by and through her attorney of record, SCOTT L. POISSON, ESQ., and CHRISTOPHER BURK, ESQ. of the firm BERNSTEIN & POISSON, and the Defendant, WAL MART STORES, INC, through the undersigned counsel, RYAN KERBOW, ESQ.

The parties stipulate that Plaintiff may have until May 19, 2017 to respond to Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Claim for Loss of Earning Capacity, Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Claim for Future Lumbar Spine Surgery, and Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Claim for Hip Surgery.

The reason for the stipulation is Plaintiff's counsel has not been given sufficient time to respond to all three motions. Plaintiff's counsel has, unfortunately, numerous depositions as well during this time in other cases. Plaintiff's counsel needs until the 19th of May to ensure he has ample time to research and respond to each motion.

Dated this 4th of May, 2017.

| **BERNSTEIN & POISSON** | **PHILLIPS, SPALLAS & ANGSTADT, LLC** |
|---|---|
| */s/ Christopher Burk, Esq.* | */s/ Ryan Kerbow, Esq.* |
| _____ | _____ |
| Christopher Burk, Esq. | Ryan Kerbow, Esq. |
| Nevada Bar No.: 8976 | Nevada Bar No.: 11403 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

/ / /

/ / /

/ / /

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff is given an extension to May 19, 2017 to Respond to Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Claim for Loss of Earning Capacity, Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Claim for Future Lumbar Spine Surgery, and Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Claim for Hip Surgery.

**IT IS SO ORDERED"**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: __May 5__, 2017.

Submitted by:
BERNSTEIN & POISSON

/s/ Christopher Burk, Esq.
_____
CHRISTOPHER BURK, ESQ.
Nevada Bar No. 8976
320 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: (702) 256-4566
Fax: (702) 256-6280
*Attorneys for Plaintiff*

3