# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00039-JCM-NJK |
| vs. | ) ORDER |
| WAL-MART STORES, INC., | ) |
| Defendant(s). | ) |

The parties shall file a joint proposed pretrial order by December 15, 2017.

IT IS SO ORDERED.

DATED: November 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge