# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI,<br><br>    Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant(s). | Case No.: 2:16-cv-00039-JCM-NJK<br><br>**Order**<br><br>[Docket No. 71] |

Jury trial is set in this case for August 13, 2018. Docket No. 68. The Court set a settlement conference for May 3, 2018. Docket No. 70. Now pending before the Court is a stipulation to continue that settlement conference given developments at a private mediation. Docket No. 71. For good cause shown, the settlement conference is hereby **CONTINUED** to 9:30 a.m. on June 20, 2018. Given the trial date already set, no further continuances of the settlement conference will be granted. All other requirements outlined in the order at Docket No. 70 continue to govern the settlement conference.

IT IS SO ORDERED.

Dated: April 20, 2018

                                              Nancy J. Koppe
                                              United States Magistrate Judge