# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI, | Case No.: 2:16-cv-00039-JCM-NJK |
| Plaintiff(s), | **Amended Order** |
| v. | [Docket No. 71] |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

Jury trial is set in this case for August 13, 2018. Docket No. 68. The Court set a settlement conference for May 3, 2018. Docket No. 70. Now pending before the Court is a stipulation to continue that settlement conference given developments at a private mediation. Docket No. 71. For good cause shown, the settlement conference is hereby **CONTINUED** to 9:30 a.m. on June 20, 2018. Given the trial date already set, no further continuances of the settlement conference will be granted. Settlement conference statements shall be submitted by 3:00 p.m. on June 13, 2018. All other requirements outlined in the order at Docket No. 70 continue to govern the settlement conference.

IT IS SO ORDERED.

Dated: April 20, 2018

Nancy J. Koppe
United States Magistrate Judge