# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY SILVAGNI, | Case No.: 2:16-cv-00039-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

In light of the parties' settlement, Docket No. 74, the settlement conference set in this case is hereby **VACATED**. Dismissal papers shall be filed by July 16, 2018.

IT IS SO ORDERED.

Dated: June 14, 2018

Nancy J. Koppe
United States Magistrate Judge

1